# EXHIBIT 4

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Todd M. Friedman SBN 216752<br>Law Offices of Todd M. Friedman, PC<br>21031 Ventura Blvd. #340<br>Woodland Hills, CA 91364<br>TELEPHONE NO.: (323) 306-4236   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | Electronically FILED by<br>Superior Court of California,<br>County of Los Angeles<br>1/18/2024 9:54 AM<br>David W. Slayton,<br>Executive Officer/Clerk of Court,<br>By K. Valenzuela, Deputy Clerk |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES, - STANLEY MOSK (EFILING)<br>STREET ADDRESS: 111 N Hill St<br>MAILING ADDRESS: 111 N Hill St<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES, - STANLEY MOSK (EFILING) | |
| PLAINTIFF/PETITIONER: The Labelle Foundation, Inc.<br>DEFENDANT/RESPONDENT: Idexx Laboratories, Inc. | CASE NUMBER:<br>24STCV00360 |
| **PROOF OF SERVICE SUMMONS** | Ref. No. or File No.: |

(Separate proof of service is required for each party served.)

1. At the time of service I was at least 18 years of age and not a party to this action.   BY FAX

2. I served copies of: **Summons, Complaint, Civil Case Cover Sheet and Addendum, Notice of Case Assignment, First Amended General Order, Alternative Dispute Resolution Information Package, Voluntary Efficient Litigation Stipulations, Order Pursuant to CCP 1054(a) ,**

3. a. Party served (specify name of party as shown on documents served): **Idexx Laboratories, Inc.**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a): **Debra Bildeau, Agent for service for CT Corporation System**

4. Address where the party was served: *3 Chase Ave Augusta, ME 04330*

5. I served the party (check proper box)

   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: **1/11/2024** (2) at: **02:51 PM**

   b. [ ] **by substituted service.** On: at: I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents:

Page 1 of 3

POS-010 [Rev. January 1, 2007]   **PROOF OF SERVICE OF SUMMONS**   Invoice # 8857098-02

| PLAINTIFF/PETITIONER: | The Labelle Foundation, Inc. | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | Idexx Laboratories, Inc. | 24STCV00360 |

                             on:               from:                           or ☐ a declaration of mailing is attached.

        (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

5.   c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

        (1) on:                               (2) from:

        (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. (*Attach completed* Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415.30.)

        (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

      ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify):* **Idexx Laboratories, Inc.**
       under the following Code of Civil Procedure section:

   | | | |
   |---|---|---|
   | ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
   | ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
   | ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
   | ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
   | ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
   | | ☐ other: |

7. **Person who served papers**
   a. Name: **Kevin Surette**
   b. Address: **P.O. Box 57, Litchfield, ME 04350**
   c. Telephone number: **909-664-9577**
   d. **The fee** for service was: **$212.50**
   e. I am:
      (1) ☒ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner ☐ employee ☒ independent contractor.
         (ii) Registration No.:
         (iii) County:

| PLAINTIFF/PETITIONER: | The Labelle Foundation, Inc. | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | Idexx Laboratories, Inc. | 24STCV00360 |

8.  [x] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**RapidLegal®**

_____
Kevin Surette                Date: **01/11/2024**