STUART N. SENATOR (State Bar No. 148009)
stuart.senator@mto.com
JONATHAN E. ALTMAN (State Bar No. 170607)
jonathan.altman@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

JEREMY A. LAWRENCE (State Bar No. 270866)
jeremy.lawrence@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

Attorneys for Defendant IDEXX Laboratories, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| THE LABELLE FOUNDATION, INC., ELOISE RESCUE, 4 PAWS KIDDO RESCUE, ANIMALDEFENSERESCUE.ORG, WESTSIDE GERMAN SHEPHERD RESCUE OF LOS ANGELES, INC., and LISA RITZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>IDEXX LABORATORIES, INC.,<br><br>Defendant. | Case No. 2:24-cv-1131<br><br>**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 7.1-1 NOTICE OF INTERESTED PARTIES** |
|---|---|

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1-1 of the Local Civil Rules, Defendant IDEXX Laboratories, Inc. hereby files its corporate disclosure statement and notice of interested parties.  The undersigned, counsel of record for Defendant IDEXX Laboratories, Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of the case.

1  These representations are made to enable the Court to evaluate possible
2  disqualification or recusal.
3          IDEXX Laboratories, Inc. is a publicly-traded Delaware corporation
4  with its principal place of business in Maine, and no parent company.  The
5  following publicly held corporations own ten percent or more of IDEXX's stock:
6          The Vanguard Group owns more than 10% of IDEXX's stock.
7          BlackRock, Inc. owns more than 10% of IDEXX's stock.
8  DATED:  February 9, 2024            MUNGER, TOLLES & OLSON LLP

By:  /s/ Jeremy A. Lawrence
JEREMY A. LAWRENCE
Attorneys for Defendant IDEXX
Laboratories, Inc.

-2-
DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES