STUART N. SENATOR (State Bar No. 148009)
stuart.senator@mto.com
JONATHAN E. ALTMAN (State Bar No. 170607)
jonathan.altman@mto.com
LAUREN E. KUHN (State Bar No. 343855)
lauren.kuhn@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

JEREMY A. LAWRENCE (State Bar No. 270866)
jeremy.lawrence@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

Attorneys for Defendant IDEXX Laboratories, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LABELLE FOUNDATION, INC., ELOISE RESCUE, 4 PAWS KIDDO RESCUE, ANIMALDEFENSERESCUE.ORG, WESTSIDE GERMAN SHEPHERD RESCUE OF LOS ANGELES, INC., and LISA RITZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>IDEXX LABORATORIES, INC.; DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:24-cv-1131<br><br>**PROOF OF SERVICE** |

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My

business address is 350 South Grand Avenue, Fiftieth Floor, Los Angeles, CA 90071-3426.

On February 9, 2024, I served true copies of the following document(s) described as

1. **NOTICE OF REMOVAL (WITH ATTACHMENTS);**
2. **CIVIL COVER SHEET;**
3. **DEFENDANT IDEXX LABORATORIES, INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES PURSUANT TO FED. R. CIV. P. 7.1 AND CIVIL LOCAL RULE 7.1-1;**
4. **NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL (LAUREN E. KUHN);**
5. **NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL (LAUREN A. BILOW)**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct and that I am a member of the bar of
3  this Court at whose direction the service was made.
4       Executed on February 9, 2024, at Los Angeles, California.

                                            /s/ Lauren E. Kuhn
                                            Lauren E. Kuhn

**SERVICE LIST**

| | |
|---|---|
| Todd M. Friedman<br>(tfriedman@toddflaw.com)<br>Adrian R. Bacon<br>(abacon@toddflaw.com)<br>Law Offices of Todd M. Friedman, P.C.<br>21031 Ventura Blvd., Suite 340<br>Woodland Hills, CA 91364 | *Attorneys for Plaintiffs* |
| Brian D. Flick<br>Marc E. Dann<br>Andrew M. Engel<br>DannLaw<br>15000 Madison Avenue<br>Cleveland. Ohio 44107 | *Attorneys for Plaintiffs* |