STUART N. SENATOR (State Bar No. 148009)
stuart.senator@mto.com
JONATHAN E. ALTMAN (State Bar No. 170607)
jonathan.altman@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

JEREMY A. LAWRENCE (State Bar No. 270866)
jeremy.lawrence@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, California 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendant
IDEXX Laboratories, Inc.

*Additional counsel on following page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LABELLE FOUNDATION, INC., ELOISE RESCUE, 4 PAWS KIDDO RESCUE, ANIMALDEFENSERESCUE.ORG, WESTSIDE GERMAN SHEPHERD RESCUE OF LOS ANGELES, INC., and LISA RITZ, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> IDEXX LABORATORIES, INC.; DOES 1 through 10, inclusive, <br><br> Defendant. | Case No. 2:24-cv-1131 <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** <br><br> **Complaint served: January 11, 2024** <br> **Current response date: February 16, 2024** <br> **New response date: March 1, 2024** |

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1  Todd M. Friedman (216752)
   Adrian R. Bacon (280332)
2  Law Offices of Todd M. Friedman, P.C.
   21031 Ventura Blvd., Suite 340
3  Woodland Hills, CA 91364
   Telephone:  (323) 306-4234
4  Facsimile:   (866) 633-0228
   tfriedman@toddflaw.com
5  abacon@toddflaw.com

6  Brian D. Flick (Pro Hac Vice Pending)
   Marc E. Dann (Pro Hac Vice Pending)
7  Andrew M. Engel (Pro Hac Vice Pending)
   DannLaw
8  15000 Madison Avenue
   Cleveland, Ohio 44107
9  Telephone:  (216) 373-0539
   Facsimile:   (216) 373-0536
10 notices@dannlaw.com

11 Alisa R. Adams (California Bar #277697)
   The Dann Law Firm
12 26100 Towne Centre Dr
   Foothill Ranch, CA 92610-3442
13 Telephone: (949) 200-9755
   Facsimile:  (866) 843-8308

14
   Attorneys for Plaintiffs
15

## STIPULATION

Plaintiffs The Labelle Foundation, Inc., Eloise Rescue, 4 Paws Kiddo Rescue, Animaldefenserescue.org, Westside German Shepherd Rescue of Los Angeles, Inc., and Lisa Ritz (collectively, "Plaintiffs") and Defendant IDEXX Laboratories, Inc. ("Defendant") (collectively, the "Parties"), through their counsel, and without any admission of any kind, or waiver of any defense, objection, or response, stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint on January 5, 2024;

WHEREAS, Plaintiffs served their Complaint on Defendant on January 11, 2024;

WHEREAS, Defendant removed from the Los Angeles County Superior Court to the Central District of California on February 9, 2024;

WHEREAS, Defendant has not yet answered or otherwise responded to the Complaint;

WHEREAS, Local Rule 8-3 provides that a stipulation in writing to an extension of time to respond to the initial complaint "need not be approved by the judge" if the stipulation "does not extend the time for more than a cumulative total of thirty (30) days from the date the response initially would have been due";

WHEREAS, the Parties have not yet stipulated to an extension of time;

WHEREAS, the Parties have agreed to extend Defendant's time to answer or otherwise respond to the Complaint from February 16, 2024 to March 1, 2024;

WHEREAS, this stipulation will not extend the time to respond for more than thirty days from the date the response initially would have been due;

NOW, THEREFORE, the Parties, through their counsel, stipulate as follows:

IT IS HEREBY STIPULATED that Defendant's deadline to answer or otherwise respond to the Complaint is extended to and includes March 1, 2024.

| | | |
|---|---|---|
| DATED: February 13, 2024 | | MUNGER, TOLLES & OLSON LLP |
| | By: | /s/ Jeremy A. Lawrence |
| | | JEREMY A. LAWRENCE |
| | | Attorneys for Defendant IDEXX Laboratories, Inc. |
| DATED: February 13, 2024 | | Law Office of Todd M. Friedman, P.C. |
| | By: | /s/ Adrian Bacon |
| | | ADRIAN BACON |
| | | Attorneys for Plaintiffs |

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized the filing.