STUART N. SENATOR (State Bar No. 148009)
stuart.senator@mto.com
JONATHAN E. ALTMAN (State Bar No. 170607)
jonathan.altman@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

JEREMY A. LAWRENCE (State Bar No. 270866)
jeremy.lawrence@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077

Attorneys for Defendant
IDEXX Laboratories, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LABELLE FOUNDATION, INC., ELOISE RESCUE, 4 PAWS KIDDO RESCUE, ANIMALDEFENSERESCUE.ORG, WESTSIDE GERMAN SHEPHERD RESCUE OF LOS ANGELES, INC., and LISA RITZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>IDEXX LABORATORIES, INC.; DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:24-cv-1131-FLA (SKx)<br><br>**NOTICE OF SERVICE AND FILING IN STATE COURT ACTION**<br><br>(Los Angeles County Superior Court Case No. 24STCV00360) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that on February 9, 2024, Defendant IDEXX Laboratories, Inc. filed its Notice of Removal with the Clerk of the Superior Court of the State of California, County of Los Angeles, Case No. 24STCV00360, and

served that Notice on all parties as required by 28 U.S.C. § 1446(d).  True and correct copies of the Notice and the related Proof of Service are attached hereto as Exhibits 1 and 2, respectively.

DATED:  February 13, 2024          MUNGER, TOLLES & OLSON LLP

By: _____*/s/ Jeremy A. Lawrence*_____
JEREMY A. LAWRENCE
Attorneys for Defendant IDEXX Laboratories, Inc.