**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE LABELLE FOUNDATION, INC, et al.<br><br>PLAINTIFF(S)<br>v.<br>IDEXX LABORATORIES, INC., et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br>2:24−cv−01131−FLA−SK<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 02/13/2024 | 13 | Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice |

**IT IS HEREBY ORDERED:**

☑ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____ .
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☐ Other:

Dated: 02/16/2024                By: _____
                                      United States District Judge

G-112B (08/22)    ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT