Name and address:

Todd M. Friedman, Esq. (CA Bar 216752)
Law Offices of Todd M. Friedman, P.C.
21031 Ventura Blvd, Suite 340
Los Angeles, CA 91364

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Labelle Foundation, Inc, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>Idexx Laboratories, Inc., et al.<br><br>Defendant(s), | CASE NUMBER<br><br>2:24-cv-01131-FLA-SK<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**<br>*PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.)* A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Dann, Marc E.
*Applicant's Name (Last Name, First Name & Middle Initial)*      check here if federal government attorney ☐

DannLaw
*Firm/Agency Name*

15000 Madison Avenue            (216) 373-0539            (216) 373-0536
                                *Telephone Number*          *Fax Number*

*Street Address*

Lakewood, Ohio 44107                                   mdann@dannlaw.com
*City, State, Zip Code*                                *E-mail Address*

**I have been retained to represent the following parties:**

The LaBelle Foundation, Inc., Eloise Rescue, 4 Paws Kiddo   ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: ____
Rescue, Animaldefenserescue.org., Westside German Sheh       ☐ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: ____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| State of Ohio | 11/16/1987 | Yes |
| District of Columbia | 07/08/2022 | Yes |
| | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 5:23-cv-01906-SSS-SP | Bissot v. Freedom Mortgage Corporation | 09/28/2023 | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 02/14/2024

Marc E. Dann
*Applicant's Name (please type or print)*

*/s/ Marc Dann*
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Friedman, Todd M.
*Designee's Name (Last Name, First Name & Middle Initial)*

Law Offices of Todd M. Friedman, P.C.
*Firm/Agency Name*

21031 Ventura Blvd, Suite 340

*Street Address*

Los Angeles, CA 91364
*City, State, Zip Code*

(310) 429-9293
*Telephone Number*

(216) 373-0536
*Fax Number*

tfriedman@toddflaw.com
*Email Address*

216752
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated 2/17/24

Todd M. Friedman
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

COURT ADMISSIONS
District of Columbia Jul 8, 2022
Ohio Supreme Court November 1987
USDC - Northern District of Ohio October 8, 1991
USDC - Southern District of Ohio March 2006
US Bankruptcy Court Northern District of Ohio October 8, 1991
US Bankruptcy Court Southern District of Ohio March 28, 2016
USDC - Northern District of Illinois 2015
USDC - Northern District of Indiana 2016
USDC- Northern District of New York #703724 Aug 13, 2022
USDC - Western District of New York pending
Sixth Circuit Court of Appeals April 1991
Seventh Circuit Court of Appeals February 4, 2022



# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, MICHEL JENDRETZKY, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Marc Edward Dann**
Attorney Registration No. **0039425**

was admitted to the practice of law in Ohio on November 16, 1987; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 16th day of February, 2024.

MICHEL JENDRETZKY
*Director, Attorney Services Division*

Kirstyn Moyers, *Attorney Services Coordinator*
*Office of Attorney Services*



No. 2024-02-16-1
Verify by email at GoodStandingRequests@sc.ohio.gov



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

## Marc Edward Dann

*was duly qualified and admitted on July 8, 2022 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on February 15, 2024.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On February 19, 2024, I electronically filed with the Court through its CM/ECF program and served a true copy through the same program the following documents: **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE** on interested parties in said case as follows:

[x]   ELECTRONICALLY, Pursuant to the CM/ECF system, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities.  The Court's CM/ECF system sends an email notification of the filing to the parties and counsel of record listed above who are registered with the Court's CM/ECF system.

Place of Filing: 21031 Ventura Blvd., Suite 340, Woodland Hills, CA 91364.

Executed on February 19, 2024, at Woodland Hills, CA

[x] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By: s/ Todd M. Friedman
        Todd M. Friedman