1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LABELLE FOUNDATION, INC., ELOISE RESCUE, 4 PAWS KIDDO RESCUE, ANIMALDEFENSERESCUE.ORG, WESTSIDE GERMAN SHEPHERD RESCUE OF LOS ANGELES, INC., and LISA RITZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>IDEXX LABORATORIES, INC.; DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:24-cv-01131-FLA (SKx)<br><br>**ORDER APPROVING IN PART AND DENYING IN PART STIPULATION REGARDING SCHEDULE FOR: (1) FILING AMENDED COMPLAINT; (2) TAKING MOTION TO DISMISS (DKT. 22) OFF CALENDAR; AND (3) VACATING SCHEDULING CONFERENCE [DKT. 25]** |

On March 8, 2024, Plaintiffs The Labelle Foundation, Inc., Eloise Rescue, 4 Paws Kiddo Rescue, Animaldefenserescue.org, Westside German Shepherd Rescue of Los Angeles, Inc., and Lisa Ritz (collectively, "Plaintiffs") and Defendant IDEXX Laboratories, Inc. ("Defendant") (all together, the "Parties"), filed the Stipulation re: Schedule For: (1) Filing Amended Complaint; (2) Taking Motion to Dismiss (Dkt. 22) Off Calendar; and (3) Vacating Scheduling Conference ("Stipulation").  Dkt. 25.

///

1

1  The court, having considered the Stipulation and finding good cause therefor, hereby APPROVES in part and DENIES in part the Stipulation as follows:

 1. The April 5, 2024 hearing on Defendant's Motion to Dismiss (Dkt. 22) is VACATED.
 2. Plaintiffs shall file an Amended Complaint on or before March 22, 2024.
 3. Defendant shall have 28 days to respond to the Amended Complaint after it is filed.
 4. The parties' request for the court to vacate the April 26, 2024 Scheduling Conference is DENIED.

IT IS SO ORDERED.

Dated: March 15, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge