JONATHAN E. ALTMAN (State Bar No. 170607)
jonathan.altman@mto.com
LAUREN A. BILOW (State Bar No. 344970)
lauren.bilow@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

JEREMY A. LAWRENCE (State Bar No. 270866)
jeremy.lawrence@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
San Francisco, California 94105
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077

Attorneys for Defendant
IDEXX Laboratories, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LABELLE FOUNDATION, INC., ELOISE RESCUE, 4 PAWS KIDDO RESCUE, ANIMALDEFENSERESCUE.ORG, WESTSIDE GERMAN SHEPHERD RESCUE OF LOS ANGELES, INC., and LISA RITZ, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>IDEXX LABORATORIES, INC. and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 2:24-cv-01131-FLA-SK<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge:  Hon. Fernando L. Aenlle-Rocha |

Plaintiffs The Labelle Foundation, Inc., Eloise Rescue, 4 Paws Kiddo Rescue, Animaldefenserescue.org, Westside German Shepherd Rescue of Los Angeles, Inc., and Lisa Ritz, and Defendant IDEXX Laboratories, Inc. (collectively, "Parties"), by and through their counsel of record, jointly submit this Notice of Settlement to inform the Court the Parties have reached a settlement of the above-captioned matter. The Parties are in the process of finalizing the settlement and anticipate being in a position to file a joint motion to dismiss this action within the next 14 days.

DATED: January 9, 2025         LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By:  /s/ Todd M. Friedman
     Todd M. Friedman

Attorneys for Plaintiffs

DATED: January 9, 2025         MUNGER, TOLLES & OLSON LLP

By:  /s/ Jonathan E. Altman
     JONATHAN E. ALTMAN

Attorneys for Defendant
IDEXX Laboratories, Inc.

-1-
NOTICE OF SETTLEMENT

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized its filing.

DATED: January 9, 2025              MUNGER, TOLLES & OLSON LLP

By:   /s/ Jonathan E. Altman
     JONATHAN E. ALTMAN

Attorneys for Defendant
IDEXX Laboratories, Inc.

NOTICE OF SETTLEMENT